# COURT MINUTES

## Magistrate Judge Lisette Reid

Atkins Building Courthouse - 3rd Floor Date: 09/21/2026 Time: 10:00 AM

Defendant: Neil Caceres Duran J#: 52737-506 Case #: 22-CR-20104-BECERRA

AUSA: Dwayne Williams Attorney:

Violation: Conspiracy to Kill or Kidnap Outside U.S Surr/Arrest Date: 09/21/2026 YOB: 1976

Proceeding: Initial Appearance CJA Appt: Albert Levin

Bond/PTD Held: ○ Yes ○ No Recommended Bond: Temp PTD (Michael Smith covering.)

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Spanish

Disposition: Defendant sworn & Defendant advised of rights and charges. Defendant's request for appointment of counsel; Granted. AFPD conflict. CJA Appointed. Government seeks PTD based on risk of flight and danger to the community; Govt's ore tenus motion for PTD Hearing; Granted. *Brady Order Given*

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 9/29 | 10:00 am | Duty | Miami |
| Prelim/Arraign or Removal: | 9/29 | 10:00 am | Duty | Miami |
| Status Conference RE: financial eligibility | 9/29 | 10:00 am | Duty | Miami |

D.A.R. 10:28:40/10:58:54

Time in Court: 18 mins

s/Lisette Reid Magistrate Judge