# COURT MINUTES

# Magistrate Judge Eduardo Sanchez

Atkins Building Courthouse - 6th Floor Date: 09/29/2026 Time: 10:00 AM

Defendant: Neil Caceres Duran J#: 52737-506 Case #: 22-CR-20104-BECERRA(s)(s)(s)(s)(s)(s)

AUSA: Michael Sartoian Attorney: Albert Z. Levin-CJA

Violation: Conspiracy to provide material support or resources to carry out a violation of section 956 resulting in death.

Proceeding: Detention/Arraignment/Status re: Indigency CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: TEMP- PTD

Bond Set at: **STIP – Pretrial Detention w/rights to revisit** Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:

*Brady Order given on 9/21/26*

Govt's ore tenus request for Detention is **GRANTED** pursuant to Stipulated Detention with rights to revisit; No Hearing held.

Deft Arraigned on 6th Superseding Indictment. *Reading of Indict. Waived; Not Guilty plea entered Jury Trial demanded; Standing Discovery Order requested.*

Defendant's ore tenus request for entry of S.D.O. -**GRANTED**.

**BRADY ORDER GIVEN**

Status Conf RE: Indig. matter will be scheduled before Mag. Judge Reid.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:49:09 Time in Court: 5 minutes