UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEIL CACERES DURAN,

Defendant.

_________________________________/

**RESPONSE TO COURT ORDER**

Albert Z. Levin, Esq., hereby files his response to the Court's directive at D.E. 2129 and would state as follows:

The undersigned has no knowledge and is not aware of any financial support being provided or offered to Defendant Caceres Duran or his family. Furthermore, the Defendant, nor any family member, has received any form of support from the Colombian government. Finally, the undersigned has no information about such support or whether retained counsel will be entering an appearance.

Respectfully submitted,

By: /s/ Albert Z. Levin

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

By: */s/ Albert Z. Levin, Esq.*

ALBERT Z. LEVIN, P.A.

Courthouse Center
40 N.W. 3rd Street, Suite PH1
Miami, Florida 33128
Telephone: (305) 379-7101
Facsimile: (305) 381-6869
Florida Bar No. 316581
alevinlaw@aol.com